# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONFORMIS, INC.,<br><br>                Plaintiff,<br><br>     v.<br><br>DEPUY SYNTHES, INC., DEPUY SYNTHES PRODUCTS, INC., and DEPUY SYNTHES SALES, INC.,<br><br>                Defendants. | C. A. No. 21-640-RGA-MPT |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the following case deadline reflected in the Scheduling Order (*see* D.I. 33, ¶ 8) is extended as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Joint Claim Construction Brief and Joint Appendix | January 6, 2023 | January 10, 2023 |

Dated:  January 5, 2023

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| */s/ Karen L. Pascale* | */s/ Sara M. Metzler* |
| Karen L. Pascale (#2903) | Kelly E. Farnan (#4395) |
| Robert M. Vrana (#5666) | Sara M. Metzler (#6509) |
| Rodney Square | One Rodney Square |
| 1000 North King Street | 920 North King Street |
| Wilmington, DE  19801 | Wilmington, DE 19801 |
| Telephone: (302) 571-6600 | (302) 651-7700 |
| kpascale@ycst.com | farnan@rlf.com |
| rvrana@ycst.com | metzler@rlf.com |
| *Attorneys for Plaintiff Conformis, Inc.* | *Attorneys for Defendants DePuy Synthes, Inc., DePuy Synthes Products, Inc., and DePuy Synthes Sales, Inc.* |

SO ORDERED this _____ day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE